UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JAN 29 PM 4: 25

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Docket No. |
| JAIDEN PAIGE, <br> Defendant. | 2:16-mj-19 |

### ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the defendant, it is hereby

ORDERED, that the Complaint, Arrest Warrant, Motion to Seal Complaint, this Order, and the docket sheet are hereby sealed until the arrest of the defendant.

Dated at Burlington, in the District of Vermont, this 29 day of January 29, 2016.

HON. JOHN M. CONROY
United States Magistrate Judge