## ATTACHMENT A

Property to Be Searched

The property to be searched is 58 Pinecrest Road, Rutland Town, Vermont.

It is a residential structure depicted in the photographs below. It is the first house on the right as you enter Pinecrest Road from East Pittsford Road. There are two mail boxes in front of the structure at least one of which has the number "58" on the side of it. There is a horse shoe shaped driveway in front of the residence.

