## ATTACHMENT A

Property to Be Searched

The property to be searched is 52 Pine Street, Rutland, Vermont. It is a single family dwelling located at the Southeast corner of Pine and Maple Streets in Rutland, Vermont. It is a yellowish in color, and from the outside appears to have two stories. On the Pine Street side of the structure is a red-trimmed sign that reads "Houses for Sale" in black print (with additional information in smaller print). It is the structure depicted in the photograph below, which take from the Maple Street side of the building:

