## **ATTACHMENT B**

## ITEMS TO BE SEIZED

1. Any and all evidence and/or instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846, distribution of controlled substances and conspiracy to distribute controlled substances, including the following:

    a. Heroin, substances suspected to be controlled substances, drug processing and packaging materials, cutting agents, and drug paraphernalia and literature;

    b. Any and all documents, records, and items of personal property relating to the purchase, possession or distribution of controlled substances, including the following: telephones and cellular telephones, smart phones, pagers, answering machines, caller ID boxes, ledgers, account books, receipts, log books, address books, telephone directories, notes, maps, correspondence, customer lists and records, suppliers' lists and records, delivery forms and records, mailing receipts, car and mailbox rental records, storage facility rental records, telephone answer pads, records relating to domestic and foreign travel such as tickets, passports visas, travel schedules, or correspondence;

    c. Any and all documents, records and articles of personal property evidencing the obtaining, secreting, transfer, expenditure, and concealment of money and assets derived from or to be used in the purchase, and distribution of controlled substances, including the following: U.S. currency, foreign currency, jewelry, bank books, bank statements, receipts, warranties, electronics, financial and negotiable instruments, checks, and money orders, records of wire transfers, tax records;

    d. Any and all documents, records, and articles of personal property showing the identity of persons occupying, possessing, residing in, owning, frequenting, or controlling the Subject Property, including: keys, rental agreements and records, deeds, mortgages, property acquisition records, utility and telephone bills and receipts, photographs, and storage records;

    e. Any and all passwords necessary to access the data contained within the cellular telephones, smart phones, and other electronic items being seized; and

    f. Any and all ammunition and firearms, including handguns, pistols, revolvers, rifles, shotguns, machine guns, silencers and other weapons.