AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

RECEIVED
2016 JAN 29 PM 4:47
U.S. MARSHALS SERVICE
DISTRICT OF VERMONT

United States of America
v.
JAIDEN PAIGE

)
)
) Case No. 2:16-mj-19
)
)
)
)

Defendant

2016 FEB -1 PM 4:49
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JAIDEN PAIGE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1)   Defendant knowingly and intentionally distributed heroin, a schedule I controlled substance.

Date: 1-29-2016

_____
Issuing officer's signature

City and state:   Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/16, and the person was arrested on *(date)* 2/1/16
at *(city and state)* Rutland.

Date: 2/1/16

_____
Arresting officer's signature

M. Barron
*Printed name and title*