UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



2016 FEB 11 PM 3:30

UNITED STATES OF AMERICA

v.

JAIDEN PAIGE,
    Defendant.

No. 2:16-CR-19

INDICTMENT

COUNT ONE

The Grand Jury charges:

On or about January 25, 2016, in the District of Vermont, defendant JAIDEN PAIGE knowingly and intentionally distributed a mixture or substance containing a detectable amount of heroin, a schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

_____
FOREPERSON

_____ (MPD)
ERIC S. MILLER
United States Attorney
Burlington, Vermont
February 11, 2016