AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* ) 2:16-cr-19-1
*or identify the person by name and address)* ) Case No. 2:16-mj-19
58 Pinecrest Road, )
Rutland Town, Vermont )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Vermont _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 15, 2016 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. John M. Conroy, U.S. Magistrate Judge _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: Feb. 2, 2016
11:36 a.m.

City and state: Burlington, Vermont

_____
*Judge's signature*

HON. JOHN M. CONROY, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 02/01/2016 0:00 am | Copy of warrant and inventory left with: At residence |
| Inventory made in the presence of: SA Mark Persson, DEA | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> - Digital scale <br> - Digital pocket scale <br> - Box for straight talk (destroyed) <br> - Empty plastic bag tied with bottom corner torn off (destroyed) <br> - TD Bank deposit slip, geico detailed payment summary <br> - Marijuana grinder (destroyed) <br> - Money transfer / sender Martin Nicholas <br> - 16 grams of heroin <br> - Undetermined amount of currency pending official count <br> - Jennifer Webster's TD Bank Deposit and 2 deposit slips | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/10/2016

*Executing officer's signature*

SA Bradnon Hope, DEA
*Printed name and title*