| REVISED | NOTICE OF HEARING |
|---|---|

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

      v.                                  Case No: 2:16cr19-1-3-4

JAIDEN PAIGE
MARK E. MCGINNIS, JR.
JENNIFER WEBSTER

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Thursday, July 14, 2016, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment on Superseding Indictment.

| | |
|---|---|
| **Location: Courtroom 542** | JEFFREY S. EATON, Clerk |
| Date of Notice: 7/7/2016 | By /s/Jeffrey J. Jarvis |
| | Deputy Clerk |

*Previously Scheduled:* **Location/Parties Revised**

TO:
Michael P. Drescher , AUSA

T. Lamar Enzor , Esq.

Steven L. Barth , AFPD

Robert S. Behrens , Esq.