UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 2:16-CR-19 |
| | ) | |
| KWASI ASANTE | ) | |

### ORDER

On September 19, 2016, the Defendant Kwasi Asante filed a motion for enlargement of time for the filing of pretrial motions, now due September 21, 2016, for sixty (60) additional days. AUSA Michael Drescher has indicated he has no objection to the granting of this motion.

1. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendant and the public in a speedy trial on the grounds that additional time is needed to review the discovery in this case with Defendant. Defendant received a voluminous amount of discovery from the Government in late August and has not had the opportunity to fully review this discovery with his client. Counsel needs to complete the review of this discovery with his client before determining if any pretrial motions will need to be filed.

2. Denial of an extension of time would deny the Defendant, exercising due diligence, reasonable time to determine what motions may need to be filed, prior to the current motions deadline. Defendant agrees to the exclusion of the additional time for the Speedy Trial Act.

Defendant's motion is, therefore, GRANTED. Pretrial motions will be due November 20, 2016.

Kirkpatrick & Goldsborough, PLLC
Lakewood Commons
1233 Shelburne Road, Suite E-1
South Burlington, VT 05403
(802) 651-0960 Telephone
(802) 651-0964 Facsimile

1

It is FURTHER ORDERED that the period of delay resulting from the extension of time shall be excludable in computing the time in which the trial in this cause must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on September 22, 2016 and continue through November 20, 2016.

The new date for trial of this matter is January 19, 2017.

THIS ORDER SHALL APPLY TO ALL CO-DEFENDANTS IN THIS CASE.

Dated at Burlington, in the District of Vermont, this 21st day of September, 2016.

_____
Christina Reiss, Chief Judge
United States District Court

Kirkpatrick & Goldsborough, PLLC
Lakewood Commons
1233 Shelburne Road, Suite E-1
South Burlington, VT 05403
(802) 651-0960 Telephone
(802) 651-0964 Facsimile